

# NUMBER 13-23-00009-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE STATE BAR OF TEXAS

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Tijerina, and Peña
### Order Per Curiam

On January 9, 2023, relator State Bar of Texas filed a petition for writ of mandamus seeking to compel the trial court to vacate its (1) "Order Permitting Taking Bar Examination" of October 6, 2022, and (2) "Order Regarding Respondent's Motion for Reconsideration, Plea to the Jurisdiction[,] and Motion to Dismiss" of December 8, 2022, which collectively allow Marco "Mark" A. Cantu to sit and take the Texas Bar Exam in February 2023. Relator has also filed a motion for stay through which it seeks to stay these orders pending the resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted. Accordingly, we grant relator's motion to stay, and we order the (1) "Order Permitting Taking Bar Examination" of October 6, 2022, and (2) "Order Regarding Respondent's Motion for Reconsideration, Plea to the Jurisdiction[,] and Motion to Dismiss" of December 8, 2022, to be stayed pending the resolution of this original proceeding. *See* TEX. R. APP. P. 52.10 ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."

We request the real party in interest, Marco "Mark" A. Cantu, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
10th day of January, 2023.

2